# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN NIGEL FURR, | NO. CV 08-6870 ODW (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| LARRY SMALL, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: June 4, 2009.

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE